**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal. No. 13-81 (MJD/FLN) |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| LEROY URIAH SPIVEY, | |
| Defendant. | |

WHEREAS, on September 26, 2013, this Court entered a Preliminary Order of Forfeiture forfeiting the following property to the United States pursuant to 18 U.S.C. § 924(d)(1) in conjunction with 28 U.S.C. 2461(c):

    a.    .357 caliber Smith & Wesson revolver, serial number CAW1116; and
    b.    .22 caliber Pietro Beretta, serial number C50273U;

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on October 2, 2013, providing notice of the government's intention to dispose of the above-described property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the above property; and

WHEREAS, the above-described firearms each contained ammunition, which the Defendant agreed to forfeit and which was included in the government's posted Notice of Criminal Forfeiture.  That ammunition is included in this Order;

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. the Motion of the United States for a Final Order of Forfeiture [Docket No. 48] is GRANTED;

2. all right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 924(d) in conjunction with 28 U.S.C. § 2461(c):

    a. .357 caliber Smith & Wesson revolver, serial number CAW1116;
    b. .22 caliber Pietro Beretta, serial number C50273U; and
    c. associated ammunition; and

3. the above property shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  February 24, 2014        s/ Michael J. Davis
                                       MICHAEL J. DAVIS, Chief Judge
                                       United States District Court